**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:24-CV-731-FDW-DCK**

| | | |
|---|---|---|
| **FANNIE MAE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WAYNE HEALTH INVESTORS, LLC, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

  **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Local Counsel H. Brent Helms on August 8, 2024.

  Applicant Jay L. Krystinik seeks to appear as counsel *pro hac vice* for Plaintiff.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

  **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**.  Jay L. Krystinik is hereby admitted *pro hac vice* to represent Plaintiff.

  **SO ORDERED**.

Signed: August 8, 2024

David C. Keesler
United States Magistrate Judge